**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DAVID F. D'ADDARIO,

Plaintiff,

v.

FUTURE GREEN STUDIO CORP., FUTURE GREEN FABRICATION, LLC, FUTURE GREEN DESIGN CORP., FUTURE GREEN FARM LLC, DAVID SEITER, and DAVID GOLDBERG,

Defendants.

1:26-cv-05179-JLR

**NOTICE OF APPEARANCE**

To the Clerk of the Court and All Parties of Record:

Please enter my appearance as counsel of record for Defendants Future Green Studio Corp., Future Green Fabrication, LLC, Future Green Design Corp., Future Green Farm LLC, David Seiter, and David Goldberg. I certify that I am admitted to practice in this Court.

*[Remainder of page intentionally left blank. Signature to follow.]*

Dated: August 17, 2026

Respectfully submitted,

**SIMONSON LAW PLLC**

*s/Leif T. Simonson*
Leif T. Simonson
Telephone: +1 612 448 3330
Email: leif.simonson@simonsonlaw.com

Minnesota Office Address:
400 South Fourth Street, Suite 401
Minneapolis, Minnesota 55415

New York Office Address:
95 Allens Creek Road, Building 1, Suite 271
Rochester, New York 14618

*Counsel for Defendants Future Green Studio Corp., Future Green Fabrication, LLC, Future Green Design Corp., Future Green Farm LLC, David Seiter, and David Goldberg*