**COLELLA | ZEFUTIE** LLC

www.czlaw.com

Anthony J. Laura, Esq.
116 Village Boulevard, Suite 200
Princeton, New Jersey 08540
P: 609.551.9771
F: 202.920.0894
E: alaura@czlaw.com

* John J. Zefutie, Jr.
Office Managing Partner

Request GRANTED. The initial pretrial conference in this matter is adjourned from September 10, 2026 to **October 21, 2026, at 10:30 a.m.** The parties are reminded that in accordance with Paragraph 2.D of the Court's Individual Rules and Practices, they must file a joint letter as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than ten calendar days before the conference date. This order terminates the motion at Dkt. 25.

**SO ORDERED.**

Dated: August 20, 2026
New York, New York

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

August 19, 2026

Hon. Jennifer Rochon, U.S.D.J.
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, NY 10007

**Re: D'Addario v. Future Green Studio Corp., et al.**
**Civil Action No. 1:26-cv-05179 JLR**

Dear Judge Rochon:

This firm represents the plaintiff in the above-referenced action. With the consent of defendants' counsel, we write to request an adjournment of the initial conference currently scheduled for September 10, 2026. As grounds for the adjournment, please be advised that (i) the undersigned counsel for plaintiff will be in Europe for a pre-planned trip on the date set for the conference and through September 25th, and (ii) defendants have just obtained an extension of time, to September 25th, to answer the Complaint.

In light of the foregoing, we respectfully request that the conference be rescheduled to a date in mid-October or thereafter, allowing time after September 25th for counsel to prepare and submit the required Civil Case Management Plan and Scheduling Order and joint letter in accordance with Your Honor's Individual Rules.

There has been no previous request for adjournment of the initial conference, and no other court appearances are currently scheduled.

Respectfully submitted,
COLELLA ZEFUTIE LLC

By: /s/ *Anthony J. Laura*
Anthony J. Laura
Attorneys for Plaintiff

cc: All Counsel of Record (via ECF)