SIMONSON LAW PLLC

400 South Fourth Street, Suite 401
Minneapolis, Minnesota 55415

95 Allens Creek Road, Building 1, Suite 271
Rochester, New York 14618

www.simonsonlaw.com

November 11, 2026

**BY ECF**

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **D'Addario v. Future Green Studio Corp., et al.**
No. 1:26-cv-05179-JLR (S.D.N.Y.)

Dear Judge Rochon:

The parties jointly write concerning Defendants' pending motion to dismiss and Plaintiff's proposed First Amended Complaint, which was submitted as an exhibit to Plaintiff's opposition to that motion [ECF Nos. 28 and 38].

Following their meet-and-confer, Defendants have agreed, pursuant to Federal Rule of Civil Procedure 15(a)(2), to consent to Plaintiff's filing of the proposed First Amended Complaint. Defendants' consent is without prejudice to any arguments, defenses, or objections concerning the sufficiency of the amended pleading. The parties agree that permitting the amendment and establishing a new briefing schedule will allow the issues raised by the amended pleading to be presented to the Court through a complete set of motion papers, rather than addressed for the first time in Defendants' reply concerning the original Complaint.

Accordingly, the parties respectfully request that the Court:

1. permit Plaintiff to file the proposed First Amended Complaint by November 16, 2026;

2. deny Defendants' pending motion to dismiss as moot, without prejudice to Defendants' filing of a renewed motion directed to the First Amended Complaint, and vacate Defendants' current November 16, 2026 reply deadline; and

3. approve the following briefing schedule for Defendants' anticipated renewed motion to dismiss:

   - Defendants' motion and opening memorandum: December 11, 2026;

- Plaintiff's opposition: January 8, 2027; and
- Defendants' reply: January 22, 2027.

This is the parties' first request to extend or otherwise modify the November 16, 2026 reply deadline, and the requested modification is made jointly.

We thank the Court for its consideration.

Respectfully submitted,

*s/Leif T. Simonson*

Leif T. Simonson
leif.simonson@simonsonlaw.com
+1 612 448 3330

*Counsel for Defendants*

With the consent of:

*s/Anthony J. Laura*
Anthony J. Laura
alaura@czlaw.com
+1 609 551 9771

*Counsel for Plaintiff*

Plaintiffs may file the proposed First Amended Complaint by **November 20, 2026.** Defendants' pending motion to dismiss, *see* Dkt. 27, is denied as moot, without prejudice to Defendants' filing of a renewed motion directed to the First Amended Complaint. Defendants' current November 16, 2026 reply deadline is vacated. The Court approves the proposed briefing schedule for Defendants' anticipated motion to dismiss: Defendants' motion and opening memorandum will be due **December 11, 2026**, Plaintiff's opposition will be **January 8, 2027**, and Defendants' reply will be due **January 22, 2027**. This Order terminates the motions at Dkt. 27 and Dkt. 39.

Date: November 16, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**